

**Search for Cases by:** Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print         GrantedPublicAccess  Logoff JOSEPHWIENTGE

## 21SL-CC05713 - ANTOINE B SHARP V CVS HEALTH SOLUTIONS LLC (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending  ○ Ascending

Display Options: All Entries

---

**12/14/2021**  ☐ **Notice**
NOTICE OF RETURN ITEM

**12/08/2021**  ☐ **Judge/Clerk - Note**
SERVICE PAPERS MAILED TO PLTP ALONG WITH INSTRUCTIONS FOR OBTAINING SERVICE BY SPS.

☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-11039, for CVS HEALTH SOLUTIONS LLC.

☐ **Motion Special Process Server**

☐ **Filing:**
SERVICE INSTRUCTIONS FILED.

☐ **Amended Motion/Petition Filed**

**12/01/2021**  ☐ **Filing:**
SERVICE INSTRUCTIONS FILED.

☐ **Confid Filing Info Sheet Filed**

☐ **Pet Filed in Circuit Ct**

☐ **Judge Assigned**
DIV 6

---

Case.net Version 5.14.44        Return to Top of Page        Released 12/22/2021

EXHIBIT A

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
21ST JUDICIAL CIRCUIT
STATE OF MISSOURI

RECEIVED
NOV 3 0 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

**ANTOINE B. SHARP,**

    Plaintiff,

v.

**CVS**

    Defendant

Cause No. 21SL-CC05713

Division No. 6

**JURY TRIAL DEMANDED**

Serve: Registered Agent
      Kimberly Lawrence
      VP & Sr. Legal Counsel
      1 CVS Drive
      Woonsocket, RI 02895

## PETITION

COMES NOW Plaintiff, Antoine B. Sharp, by and through counsel, and for his claim against Defendant, CVS states as follows:

1. Plaintiff is a resident of St. louis, Missouri.

2. Defendant is a foreign corporation doing business in Missouri and the claim arose in St. Louis City, Missouri.

3. Venue is proper pursuant to R.S.Mo. § 508.010.4.

4. Defendant is an employer within the meaning of the Missouri Human Rights Act, R.S.Mo. § 213.010(7) in that Defendant employs six (6) or more persons in the State of Missouri.

5. This case arises under the Missouri Human Rights Act, R.S.Mo. § 213.010 et seq., (MHRA), and Plaintiff has dutifully filed his Charge of Race discrimination with the Missouri Commission on Human Rights (MCHR) and the Equal Employment Opportunity

Commission (EEOC) Charge Number 560-2021-00744 and received "right to sue letter" from the EEOC thereby exhausting his administrative remedies.

6. Defendant knew or should have known that Plaintiff was experiencing race and color discrimination and harassment which impeded his ability to perform his job required duties.

7. That Defendant intentionally engaged in an unlawful employment practice in violation of the MHRA by failing to end the race and color discrimination and harassment Plaintiff was subjected to.

8. As a direct and proximate result of Defendant's failure to end the race and color discrimination, Plaintiff has suffered lost wages and benefits, and "garden variety" mental anguish, all to Plaintiff's damages not in excess of $60,000.00, In addition, become Sponsor for Corporation that will exhibit Diversity & Inclusion through, Education & Entertainment in the Esports, Drone, VR, STEM & Non-Traditional Education, for Black, Brown & Low-income Whites, to become prepared for the future and help fill the Wealth Gap.

   1. Collaborate w/ St. Louis Councilwoman (Shalonda Webb), for the demolition of the Old Jamestown Mall, 175 Jamestown Mall, St. Louis, County, MO, 63034, to ensure success of the land being donated to the Corporation for redevelopment as an Education & Entertainment Smart Sustainable Hub, in Development Partnership w/ The Sifi Network & Worldwide Technology, as the North County Campus.

   2. Fund cost of Architects/Architecture Drawings to outline the Redevelopment of the site.

3. Purchase/Donate/Sponsor Racing Car Simulators & Official Car to be wrapped in CVS Name to be driven by Competition Winner @ Worldwide Raceway, from D3Esports.

4. Purchase the Bingham Court Apartments, 3537 Bingham Avenue, St. Louis, MO, 63111, to be donated to the Corporation, to provide Students & Families w/Affordable Housing and convenience to the adjacent South City Campus @ The Old Cleveland High School, 4352 Louisiana Avenue, St. Louis, MO, 63111, in which negotiations are ongoing for the donation of the building.

5. Fund cost of Architects/Architecture Drawings to outline the Redevelopment of the Apartment Complex & School.

6. Negotiate Naming Rights for Arenas & Dorms.

7. Cover Cost for Long-Term Care for my Mom, whom suffered a stroke due to my depression, anxiety and mental anguish.

9. That Defendant's conduct as described herein was intentional, willful, wanton, malicious and/or outrageous because of their evil motive and/or reckless indifference to the rights of Plaintiff under the MHRA, entitling Plaintiff to punitive damages.

10. As a result of Defendant's unlawful employment practices, Plaintiff has incurred and will continue to incur reasonable attorney's fees and costs in connection with this matter.

**WHEREFORE**, Plaintiff respectfully prays that this Court, after a trial by jury, find that Defendant engaged in an unlawful employment practice under the laws of the State of Missouri and grant Plaintiff judgment against Defendant not in excess of $60,000.00; order Defendant to pay all costs of this suit including reasonable attorney fees; and grant any further relief this Court deems just and proper.

Respectfully submitted,

By _____

Antoine B. Sharp
3148 Michigan Avenue
St. Louis, MO 63118
(314) 703-1283
Iamantoinesharp1st@gmail.com

DEVONA L. ROGERS
Notary Public - Notary Seal
St. Louis City - State of Missouri
Commission Number 14947495
My Commission Expires Oct 22, 2022

Devona L. Rogers
1/30/21



**IN THE 21ST JUDICIAL CIRCUIT**    ST LOUIS COUNTY COURT
BUILDING, CLAYTON, MO 63105

---

Payor: ANTOINE B SHARP  
    3148 MICHIGAN AVENUE  
    SAINT LOUIS, MO 63118

Receipt Date:    01-Dec-2021  
Receipt Number:    21SL4970524  
Date Printed:    01-Dec-2021  
Time Printed:    02:44 PM

### **RECEIPT**

---

**Case Number:** 21SL-CC05713 - ANTOINE B SHARP V CVS

| | |
|---|---:|
| Case Balance Due prior to receipt: | $105.50 |
| Pet Filed in Circuit Ct — Law Library: | -$20.00 |
| Pet Filed in Circuit Ct — Dom Viol-Circuit Civil: | -$2.00 |
| Pet Filed in Circuit Ct — Circuit Civil Costs w/o SRF: | -$83.50 |
| Remaining Case Balance Due: | $0.00 |

| **Payment Types Applied to Case(s)** | **Amount** |
|---|---:|
| Check 1002: | -$105.50 |

---

| | |
|---|---:|
| Total Payment(s): | $105.50 |
| Remaining Balance Due for Cases Listed Above: | $0.00 |

**Note:** Information shown on receipt is current as of date printed.

**Case Information for Case(s) Listed Above:**

**Case Number:** 21SL-CC05713 - ANTOINE B SHARP V CVS  
    **Party:** SHARP ANTOINE B  
    **Party:** CVS

IN THE
# CIRCUIT COURT
OF SAINT LOUIS COUNTY, MISSOURI



**Plaintiff(s):** Antoine B Sharp

**vs.**

**Defendant(s):** CVS

**Date:** 11/30/2021

**Case Number:** 21SL-CC05713

**Division:** 6

RECEIVED
NOV 30 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

For File Stamp Only

## SERVICE INSTRUCTIONS

**Defendant Name:** CVS c/o Kimberly Lawrence
**Address:** 1 CVS Drive
**City, State, & ZIP:** Woonsocket, RI 02895

**Defendant Name:** _____
**Address:** _____
**City, State, & ZIP:** _____

**Defendant Name:** _____
**Address:** _____
**City, State, & ZIP:** _____

**Plaintiff(s)/Attorney:** Antoine Sharp    **Bar No.**
**Address:** 3148 Michigan Ave
St. Louis, MO 63118
**Phone Number:** (314) 703-1283

**IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY, MISSOURI**

Plaintiff(s): Antoine B. Sharp

Date: 12/08/2021

FILED DEC 08 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

vs.

Defendant(s): CVS Health Solutions, LLC d/b/a CVS c/o CT Corporation 120 S. Central, Clayton, MO 63105

Amendment Petition for CVS

I Antoine B. Sharp, would like to make an amendment to my petition, to reflect the new change in address for the defendant's, to be served by the processor, to

CVS Health Solutions, LLC
d/b/a CVS c/o CT Corporation
120 S. Central
Clayton, MO 63105

Subscribed and sworn to before me this 8TH day of DECEMBER, 2021.

Donna Jean Boeger
Notary Public

DONNA JEAN BOEGER
My Commission Expires
February 4, 2024
St. Louis City
Commission #11276017

SO ORDERED

Plaintiff(s)/Attorney: Antoine B. Sharp
Address: 3148 Michigan Ave
St. Louis, MO 63118
Phone Number: (314) 703-1283

Judge

CCOPR47 WS

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

Antoine B. Sharp
Plaintiff/Petitioner

vs.

CVS
Defendant/Respondent

Date: 12/08/2021
Case Number: 21SL-CC05713
Division: 6

**FILED**
DEC 08 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Antoine B. Sharp__, pursuant to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Name of Process Server: Antoinette Kovar   Address: 2820 Lafayette Ave 63104   Telephone: (314)223-7391

Name of Process Server: Augustus Cotten, Jr   Address: 2820 Lafayette Ave 63104   Telephone: (314)664-3644

Name of Process Server: ___   Address: ___   Telephone: ___

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Name: CVS Health Solutions d/b/a CVS c/o CT Corporation Systems, Registered Agent
Address: 120 S. Central
City/State/Zip: Clayton, MO 63105

SERVE:
Name: ___
Address: ___
City/State/Zip: ___

SERVE:
Name: ___
Address: ___
City/State/Zip: ___

SERVE:
Name: ___
Address: ___
City/State/Zip: ___

Appointed as requested:
**JOAN M. GILMER, Circuit Clerk**
By ___
Deputy Clerk
Date: 12/8/2021

Attorney/Plaintiff/Petitioner: Antoine B. Sharp
Bar No. ___
Address: 3948 Michigan Ave St Louis, MO 63118
Phone No. (314)703-1283
Fax No. ___

CCADM62   Rev. 03/06   WHITE – File   YELLOW-Special Process Server   PINK - Attorney/Petitioner

Local Rule 28.  SPECIAL PROCESS SERVERS

(1) Any judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party.

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" form which may be obtained from the Office of the Circuit Clerk.

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

CCADM62    Rev. 03/06

IN THE
# CIRCUIT COURT
OF SAINT LOUIS COUNTY, MISSOURI

Plaintiff(s): Antoine B. Sharp

vs.

Defendant(s): CVS

Date: 

Case Number: 21SL-CC05713

Division: 6

For File Stamp Only

**FILED**

DEC 08 2021

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## SERVICE INSTRUCTIONS

Defendant Name: CVS Health Solutions, LLC
Address: d/b/a CVS c/o CT Corporation
City, State, & ZIP: 120 S. Central, Clayton MO 63105

Defendant Name: _____
Address: _____
City, State, & ZIP: _____

Defendant Name: _____
Address: _____
City, State, & ZIP: _____

Plaintiff(s)/Attorney: Antoine B. Sharp    Bar No: 
Address: 3148 Michigan Ave
St. Louis, MO 63118
Phone Number: (314) 703-1283

FILED

DEC 01 2021

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOHN N. BORBONUS III | Case Number:  21SL-CC05713 |
|---|---|
| Plaintiff/Petitioner:<br>ANTOINE B SHARP<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANTOINE B SHARP<br>3148 MICHIGAN AVENUE<br>SAINT LOUIS, MO  63118 |
| Defendant/Respondent:<br> CVS HEALTH SOLUTIONS LLC<br>DBA:   CVS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**   CVS HEALTH SOLUTIONS LLC
             Alias:
             DBA:   CVS
                         C/O R/A CT CORPORATION
                         120 S CENTRAL
                         CLAYTON, MO  63105



**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

     <u>08-DEC-2021</u>                                                                      _____
         Date                                                                                                              Clerk

**Further Information:**
CG

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
        Printed Name of Sheriff or Server                                                Signature of Sheriff or Server
             **Must be sworn before a notary public if not served by an authorized officer:**

          Subscribed and sworn to before me on _____ (date).
*(Seal)*
          My commission expires: _____      _____
                                                     Date                                             Notary Public

**Sheriff's Fees, if applicable**
Summons                           $_____
Non Est                           $_____
Sheriff's Deputy Salary
Supplemental Surcharge            $_____10.00_____
Mileage                           $_____ (_____ miles @ $._____ per mile)
**Total**                         $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.  These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 21-SMCC-11039**     3     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 21-SMCC-11039**     4     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# County Satellite Court Now Open in St. Ann
## Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**
If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.
**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**
If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.
**Filing Orders of Protection**
Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

**For more information call: 314-615-8029**



**STLCO CIRCUIT CLERK'S OFFICE**
P.O. BOX 16994
Clayton, Missouri 63105
(314) 615-8032

**NOTICE OF RETURN ITEMS(S)**

Case ID: 21SL-CC05713

Dec 16, 2021

**FILED**

DEC 16 2021

**JOAN M. GILMER**
**CIRCUIT CLERK, ST. LOUIS COUNTY**

TO:  ANTOINE B SHARP,
3148 MICHIGAN AVENUE
SAINT LOUIS MO 63118

| Date | | Description | | Amount |
|---|---|---|---|---|
| Dec 16, 2021 2:09:27 PM | | COURT COST DUE | | $105.50 |
| | | BAD CHECK FEE | | $25.00 |
| | | | Total Amount Due | $130.50 |
| | | RETURN CHECK FEE | | |

Your check made payable to the St. Louis County Circuit Clerk in the amount of $105.50 has been returned to our office. The bank will not allow us to redeposit the check.

Would you please send the amount of the check, plus the fee for our service charge for returned checks, to our office at the above address.

If you have any questions, you can contact our office at the above telephone number.

Sincerely,

Circuit Clerk Accounting Department

Thank You