**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **ANTOINE B. SHARP,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: _____________ |
| | ) | |
| **CVS HEALTH SOLUTIONS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Defendant Missouri CVS Pharmacy, L.L.C. d/b/a CVS Pharmacy, ("CVS" or "Defendant"), improperly identified as "CVS Health Solutions, LLC" in Plaintiff's Amended Complaint, hereby removes the above-captioned action, which is currently pending in the Twenty-First Judicial Circuit Court of St. Louis County Missouri, to the United States District Court for the Eastern District of Missouri. This removal is based upon diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of its Notice of Removal, CVS states the following:

**The State Court Action**

1. On or about November 30, 2021, *pro se* Plaintiff Antoine B. Sharp ("Plaintiff") filed a lawsuit in the Twenty-First Judicial Circuit Court of St. Louis County, Missouri, entitled *Antoine B. Sharp v. CVS*, Case No. 21SL-CC05713 ("Original Complaint"). On December 8, 2021, Plaintiff filed an Amended Complaint purportedly changing the name and address of Defendant to "CVS Health Solutions, LLC." Plaintiff's Amended Complaint was served upon CVS on December 10, 2021. (See Summons, Original and Amended Complaint, State Court File, attached as **Exhibit A**).

2. Plaintiff's lawsuit alleges CVS knew or should have known Plaintiff was experiencing race and color discrimination and harassment in his employment and violated the

Missouri Human Rights Act, Mo. Rev. Stat. § 213.010 ("MHRA") by failing to take any remedial action and end the discrimination and harassment. (**Exhibit A**, Original Complaint, ¶¶ 6-7).

3. Although Plaintiff's Original and Amended Complaints incorrectly identify his employer as "CVS" or "CVS Health Solutions, LLC," Plaintiff's proper employer is Missouri CVS Pharmacy L.L.C. d/b/a CVS Pharmacy.

**Venue**

4. The United States Supreme Court has held, under 28 U.S.C. 1446(a), a defendant seeking to remove a case to federal court need only file "a notice of removal 'containing a short and plain statement of the grounds for removal.'" *Owens v. Dart Cherokee Basin Operating Co*., LLC, 135 S. Ct. 547, 551 (2014). This language "tracks the general pleading requirement stated in Rule 8(a) of the Federal Rules of Civil Procedure" and "[a] statement 'short and plain' need not contain evidentiary submissions." *Id*. at 553.

5. This action was filed in the Twenty-First Judicial Circuit Court of St. Louis County, Missouri which lies within the United States District Court for the Eastern District of Missouri and thus, this Court is the proper venue for removal pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1146(a).

**Diversity of Citizenship Jurisdiction**

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs.

7. For diversity jurisdiction, there must be complete diversity between the parties, which means no plaintiff may be a citizen of the same state as any defendant. 28 U.S.C.

1332(a)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005); *Junk v. Terminix Int'l Co*., 628 F.3d 439, 445 (8th Cir. 2010).

8. For diversity purposes, "the terms 'domicile' and 'citizenship' are synonymous" and mean the State where an individual is physically present and intends to make his or her home indefinitely. *Yeldell v. Tutt*, 913 F.2d 533, 537 (8th Cir. 1990). "The place where a [person] lives is properly taken to be [the] domicile until facts adduced establish the contrary." *Dist. of Columbia v. Murphy*, 314 U.S. 441, 455 (1941).

9. Plaintiff admits he is a resident of the State of Missouri. (**Exhibit A**, Original Complaint, ¶ 1). Therefore, Plaintiff is a citizen of Missouri.

10. A limited liability company is deemed to be a citizen of the states in which its members are citizens. *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007). Missouri CVS Pharmacy, L.L.C.'s sole member is CVS Pharmacy, Inc.

11. A corporation is deemed to be a citizen of the state in which it has been incorporated and the state containing its principal place of business. 28 U.S.C. 1332(c)(1).

12. Plaintiff admits Defendant is a foreign corporation doing business in Missouri. (**Exhibit A**, Original Complaint, ¶ 2)

13. CVS Pharmacy, Inc. is incorporated under the laws of the state of Rhode Island and its principal place of business is in Woonsocket, Rhode Island.

14. CVS Pharmacy, Inc.'s headquarters, including its principal executive and administrative offices, are located in Woonsocket, Rhode Island and have been since before the filing of this lawsuit on November 30, 2021. The majority of CVS Pharmacy, Inc.'s corporate officers and senior executives whom direct, control, and coordinate its operations are also located at its corporate headquarters in Woonsocket, Rhode Island. As a result, nearly all of CVS

Pharmacy, Inc.'s corporate decisions are made in Rhode Island, including operational, executive, administrative, and policymaking decisions. Thus, Missouri CVS Pharmacy, L.L.C. is a citizen of Rhode Island.

15. As both parties are citizens of different states, pursuant to 28 U.S.C. § 1332(a)(1), complete diversity exists at the time of filing this Notice of Removal.

16. Diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) also requires the amount in controversy, exclusive of interest and costs, to be in excess of $75,000.

17. The burden is on the removing party to prove by a preponderance of the evidence that the amount in controversy exceeds $75,000. *In re Minnesota Mut. Life Ins. Co. Sales Practices Litig.*, 346 F.3d 830, 834 (8th Cir. 2003).

18. Where removal is based on diversity of citizenship, "the notice of removal may assert the amount in controversy," and a removing defendant need only establish it is more likely than not that the amount in controversy exceeds the jurisdictional minimum of $75,000. 28 U.S.C. § 1446(a); *see also Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014) ("[A]s specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold").

19. Despite Plaintiff's assertion the amount in controversy does not exceed $60,000, the amount in controversy requirement is easily satisfied by Plaintiff's own allegations. Plaintiff is seeking damages in the form of lost wages and benefits, "garden variety" mental anguish, punitive damages, and attorneys' fees. (**Exhibit A**, Original Complaint, ¶¶ 8-10).

20. Lost wages are recoverable under the MHRA, which Plaintiff seeks. *See* Mo. Rev. Stat. § 213.111; *see also* **Exhibit A**, Original Complaint, ¶ 8. At the time Plaintiff filed his lawsuit, Plaintiff was earning $13.00 per hour. (**Exhibit B**, Declaration of B. Carbajal, ¶ 7). The

earliest this case is likely to proceed to trial is July 2023 if assigned to Track 2. Plaintiff's alleged lost wages through trial would be approximately $37,440.00 ($13.00/hr. x. 40 hrs. x 72 weeks).

21. In addition to compensatory damages, Plaintiff also seeks emotional distress damages, which are available under the MHRA. Emotional distress awards for MHRA violations can be significant and should be considered when determining the amount in controversy. *Kopp v. Kopp,* 280 F.3d 883, 885-85 (8th Cir. 2002); see also *Diaz v. Autozoners, LLC*, 484 S.W.3d 64, 87 (Mo. Ct. App. E.D. 2015) (affirming emotional damages award under the MHRA for $75,000); *Waller v. Blast Fitness Group*, LLC, 2017 WL 6731721 *2 (E.D. Mo. December 29, 2017) (awarding an additional $45,000 in emotional damages for violation of MHRA).

22. Furthermore, Plaintiff seeks punitive damages, which are available under the MHRA and also may be considered in determining the amount in controversy. Satisfying the amount in controversy requirement is even more likely when taking into account punitive damages. *Crawford v. F. Hoffman-La Roche Ltd*., 267 F.3d 760 (8th Cir. 2001) ("Punitive damages, of course, may be used to establish diversity jurisdiction"); *see also H.S. v. Board of Regents, Southeast Missouri State University*, 967 S.W.2d 665, 673 (Mo. App. E.D. 1998) (affirming jury award of punitive damages in the amount of $100,000); *Wilkins v. Board of Regents of Harris-Stowe State University*, 519 S.W.3d 526 (Mo. Ct. App. E.D. 2017) (affirming award of punitive damages totaling $3,500,000).

23. Plaintiff also seeks recovery for attorneys' fees. While currently *pro se*, if Plaintiff seeks legal representation during his lawsuit and prevails on his claims, he will be entitled to reasonable attorneys' fees as provided for by the MHRA. Statutory attorneys' fees count toward the jurisdictional minimum for diversity jurisdiction. *Crawford v. F. Hoffman La Roche*, 267 F.3d 760, 766 (8th Cir. 2001). Missouri courts routinely award attorneys' fees significantly in excess

of $75,000 – on their own. *See, e.g.*, *Trickey v. Kaman Inds. Tech. Corp.*, 705 F.3d 788, 798 (8th Cir. 2013) (affirming the district court's attorneys' fees award of $201,375.50).

24. Based on the foregoing alone, the amount in controversy requirement for diversity jurisdiction is satisfied.

25. However, Plaintiff seeks the additional, unconventional damages below:

(a) the demolition of Old Jamestown Mall "to ensure success of the land being donated to the Corporation for redevelopment as an Education & Entertainment Smart Sustainable Hub;

(b) "Fund costs of Architects/Architecture Drawings to outline the Redevelopment of the site;"

(c) "Purchase/Donate/Sponsor Racing Car Simulators & Official Car to be wrapped in CVS name to be driven by Competition Winner @ Worldwide Raceway;"

(d) "Purchase the Bingham Court Apartments,[1] 3537 Bingham Avenue, St. Louis, MO to be donated to the Corporation, to provide Students and Families with affordable housing . . .;"

(e) "Negotiate naming rights for arenas and dorms;" and

(f) "Cover Costs for Long-term care for my mom, whom suffered a stroke due to my depression, anxiety and mental anguish." (**Exhibit A**, Original Complaint, ¶ 8).

[1] Although the value of Bingham Court Apartments could not be ascertained, neighboring homes in the area exceed $100,000 in value accordingly to a Zillow estimate.

26. Plaintiff's assertion his damages do not exceed $60,000 is belied not only by his request for traditional damages, but also his request for unconventional damages, whose value easily exceeds the statutory requirement.[2] Accordingly, the amount in controversy threshold is met.

**Compliance with Procedural Requirements**

27. A Civil Cover Sheet and Disclosure of Corporate Interests for Defendant is filed with this Notice.

28. Pursuant to 28 U.S.C. § 1446(d), Defendant is filing today a Notice to the Circuit Clerk with the Clerk of the Twenty-First Judicial Circuit Court of Missouri.

29. Pursuant to 28 U.S.C. § 1446(d), Defendant is mailing today a Notice to Plaintiff, stating a Notice of Removal to the United States District Court for the Eastern District of Missouri was filed, and serving a copy of this Notice of Removal upon Plaintiff.

WHEREFORE, Defendant respectfully requests this action, now pending in the Twenty-First Judicial Circuit Court, St. Louis County, Missouri, be removed to the United States District Court for Eastern District of Missouri.

---

[2] Plaintiff's request for the demolition of the Jamestown mall alone is estimated to exceed over $10 million. *See* https://www.stltoday.com/business/local/reimagine-st-louis-county-to-spend-millions-to-demolish-jamestown-mall-vows-to-attract-new/article_3950d4df-071d-592d-b693-211b3bbd56d9.html

Respectfully submitted,

*/s/ Joseph M. Wientge, Jr.*

Joseph M. Wientge, Jr. #57494MO
jwientge@littler.com
Benjamin R. Marble #69207MO
bmarble@littler.com
LITTLER MENDELSON, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.558.3966

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent a copy via U.S. Mail to the following:

Antoine B. Sharp
3148 Michigan Ave
St. Louis, MO 63118

*Pro se Plaintiff*

*/s/ Joseph M. Wientge, Jr.*

4890-9075-6360.2 / 090142-1350



Your Missouri Courts
Case.net
Search for Cases by: Select Search Method...
Judicial Links | eFiling | Help | Contact Us | Print
GrantedPublicAccess Logoff JOSEPHWIENTGE
21SL-CC05713 - ANTOINE B SHARP V CVS HEALTH SOLUTIONS LLC (E-CASE)
Case Parties & Attorneys
Docket Entries
Charges, Judgments & Sentences
Service Information
Filings Due
Scheduled Hearings & Trials
Civil Judgments
Garnishments/ Execution
FV File Viewer

Click here to eFile on Case
**Click here to Respond to Selected Documents**

**Sort Date Entries:** Descending / Ascending

**Display Options:** All Entries

**12/14/2021** **Notice**
NOTICE OF RETURN ITEM

**12/08/2021** **Judge/Clerk - Note**
SERVICE PAPERS MAILED TO PLTP ALONG WITH INSTRUCTIONS FOR OBTAINING SERVICE BY SPS.

**Summons Issued-Circuit**
Document ID: 21-SMCC-11039, for CVS HEALTH SOLUTIONS LLC.

**Motion Special Process Server**

**Filing:**
SERVICE INSTRUCTIONS FILED.

**Amended Motion/Petition Filed**

**12/01/2021** **Filing:**
SERVICE INSTRUCTIONS FILED.

**Confid Filing Info Sheet Filed**

**Pet Filed in Circuit Ct**

**Judge Assigned**
DIV 6

Case.net Version 5.14.44 Return to Top of Page Released 12/22/2021

EXHIBIT A

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
21ST JUDICIAL CIRCUIT
STATE OF MISSOURI

RECEIVED
NOV 30 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

**ANTOINE B. SHARP,**

Plaintiff,

Cause No. 21SL-CC05713

v.

Division No. 6

**CVS**

Defendant

**JURY TRIAL DEMANDED**

Serve: Registered Agent
Kimberly Lawrence
VP & Sr. Legal Counsel
1 CVS Drive
Woonsocket, RI 02895

**PETITION**

COMES NOW Plaintiff, Antoine B. Sharp, by and through counsel, and for his claim against Defendant, CVS states as follows:

1. Plaintiff is a resident of St. louis, Missouri.
2. Defendant is a foreign corporation doing business in Missouri and the claim arose in St. Louis City, Missouri.
3. Venue is proper pursuant to R.S.Mo. § 508.010.4.
4. Defendant is an employer within the meaning of the Missouri Human Rights Act, R.S.Mo. § 213.010(7) in that Defendant employs six (6) or more persons in the State of Missouri.
5. This case arises under the Missouri Human Rights Act, R.S.Mo. § 213.010 et seq., (MHRA), and Plaintiff has dutifully filed his Charge of Race discrimination with the Missouri Commission on Human Rights (MCHR) and the Equal Employment Opportunity

Commission (EEOC) Charge Number 560-2021-00744 and received "right to sue letter" from the EEOC thereby exhausting his administrative remedies.

6. Defendant knew or should have known that Plaintiff was experiencing race and color discrimination and harassment which impeded his ability to perform his job required duties.

7. That Defendant intentionally engaged in an unlawful employment practice in violation of the MHRA by failing to end the race and color discrimination and harassment Plaintiff was subjected to.

8. As a direct and proximate result of Defendant's failure to end the race and color discrimination, Plaintiff has suffered lost wages and benefits, and "garden variety" mental anguish, all to Plaintiff's damages not in excess of $60,000.00, In addition, become Sponsor for Corporation that will exhibit Diversity & Inclusion through, Education & Entertainment in the Esports, Drone, VR, STEM & Non-Traditional Education, for Black, Brown & Low-income Whites, to become prepared for the future and help fill the Wealth Gap.

   1. Collaborate w/ St. Louis Councilwoman (Shalonda Webb), for the demolition of the Old Jamestown Mall, 175 Jamestown Mall, St. Louis, County, MO, 63034, to ensure success of the land being donated to the Corporation for redevelopment as an Education & Entertainment Smart Sustainable Hub, in Development Partnership w/ The Sifi Network & Worldwide Technology, as the North County Campus.

   2. Fund cost of Architects/Architecture Drawings to outline the Redevelopment of the site.

3. Purchase/Donate/Sponsor Racing Car Simulators & Official Car to be wrapped in CVS Name to be driven by Competition Winner @ Worldwide Raceway, from D3Esports.
4. Purchase the Bingham Court Apartments, 3537 Bingham Avenue, St. Louis, MO, 63111, to be donated to the Corporation, to provide Students & Families w/Affordable Housing and convenience to the adjacent South City Campus @ The Old Cleveland High School, 4352 Louisiana Avenue, St. Louis, MO, 63111, in which negotiations are ongoing for the donation of the building.
5. Fund cost of Architects/Architecture Drawings to outline the Redevelopment of the Apartment Complex & School.
6. Negotiate Naming Rights for Arenas & Dorms.
7. Cover Cost for Long-Term Care for my Mom, whom suffered a stroke due to my depression, anxiety and mental anguish.

9. That Defendant's conduct as described herein was intentional, willful, wanton, malicious and/or outrageous because of their evil motive and/or reckless indifference to the rights of Plaintiff under the MHRA, entitling Plaintiff to punitive damages.

10. As a result of Defendant's unlawful employment practices, Plaintiff has incurred and will continue to incur reasonable attorney's fees and costs in connection with this matter.

**WHEREFORE**, Plaintiff respectfully prays that this Court, after a trial by jury, find that Defendant engaged in an unlawful employment practice under the laws of the State of Missouri and grant Plaintiff judgment against Defendant not in excess of $60,000.00; order Defendant to pay all costs of this suit including reasonable attorney fees; and grant any further relief this Court deems just and proper.

Respectfully submitted,

By____________________

Antoine B. Sharp
3148 Michigan Avenue
St. Louis, MO 63118
(314) 703-1283
Iamantoinesharp1st@gmail.com

DEVONA L. ROGERS
Notary Public - Notary Seal
St. Louis City - State of Missouri
Commission Number 14947495
My Commission Expires Oct 22, 2022

Devona L. Rogers
Devona L. Rogers 11/30/21

**IN THE 21ST JUDICIAL CIRCUIT** ST LOUIS COUNTY COURT
BUILDING, CLAYTON, MO 63105

---

Payor: ANTOINE B SHARP
3148 MICHIGAN AVENUE
SAINT LOUIS, MO 63118

| | |
|---|---|
| Receipt Date: | 01-Dec-2021 |
| Receipt Number: | 21SL4970524 |
| Date Printed: | 01-Dec-2021 |
| Time Printed: | 02:44 PM |

****RECEIPT****

---

**Case Number:** 21SL-CC05713 - ANTOINE B SHARP V CVS

| | | |
|---|---|---|
| | Case Balance Due prior to receipt: | $105.50 |
| Pet Filed in Circuit Ct | Law Library: | -$20.00 |
| Pet Filed in Circuit Ct | Dom Viol-Circuit Civil: | -$2.00 |
| Pet Filed in Circuit Ct | Circuit Civil Costs w/o SRF: | -$83.50 |
| | Remaining Case Balance Due: | $0.00 |
| | **Payment Types Applied to Case(s)** | **Amount** |
| | Check 1002: | -$105.50 |

---

| | |
|---|---|
| Total Payment(s): | $105.50 |
| Remaining Balance Due for Cases Listed Above: | $0.00 |

**Note:** Information shown on receipt is current as of date printed.

**Case Information for Case(s) Listed Above:**

**Case Number:** 21SL-CC05713 - ANTOINE B SHARP V CVS

**Party:** SHARP ANTOINE B

**Party:** CVS

IN THE
**CIRCUIT COURT**
OF SAINT LOUIS COUNTY, MISSOURI

For File Stamp Only

RECEIVED
NOV 30 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Antoine B Sharp
Plaintiff(s)

vs.

CVS
Defendant(s)

11/30/2021
Date

21SL-CC05713
Case Number

6
Division

## SERVICE INSTRUCTIONS

Defendant Name: CVS c/o Kimberly Lawrence
Address: 1 CVS Drive
City, State, & ZIP: Woonsocket, RI 02895

Defendant Name: ______
Address: ______
City, State, & ZIP: ______

Defendant Name: ______
Address: ______
City, State, & ZIP: ______

Antoine Sharp
Plaintiff(s)/Attorney Bar No.
3148 Michigan Ave
Address
St. Louis, MO 63118
(314) 703-1283
Phone Number

IN THE
# CIRCUIT COURT
OF SAINT LOUIS COUNTY, MISSOURI

For File Stamp Only

FILED
DEC 08 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Antoine B. Sharp
Plaintiff(s)

12/08/2021
Date

vs.

Case Number

CVS Health Solutions LLC d/b/a CVS c/o CT Corporation 120 S. Central, Clayton, MO 63105
Defendant(s)

Division

Amendment Petition for CVS

I Antoine B. Sharp, would like to make an amendment to my petition, to reflect the new change in Address for the defendant's, to be served by the processor, to

CVS Health Solutions, LLC
d/b/a CVS c/o CT Corporation
120 S. Central
Clayton, MO 63105

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI
DONNA JEAN BOEGER
My Commission Expires
February 4, 2024
St. Louis City
Commission #11276017

Subscribed and sworn to before me this 8TH day of DECEMBER, 20 21.

Donna Jean Boeger
Notary Public

SO ORDERED

Judge

Antoine B. Sharp
Plaintiff(s)/Attorney

Bar No.

3148 Michigan Ave
Address

St. Louis, MO 63118

(314) 703-1283
Phone Number

CCOPR47 WS

In the
**CIRCUIT COURT**
**Of St. Louis County, Missouri**

Antoine B. Sharp
Plaintiff/Petitioner

12/08/2021
Date

2154-CC05713
Case Number

vs.

CVS
Defendant/Respondent

6
Division

For File Stamp Only

**FILED**
DEC 08 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Antoine B. Sharp (Requesting Party), pursuant to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Antoinette Kovar — 2820 Lafayette Ave 63104 — (314) 223-7391
Name of Process Server — Address — Telephone

Augustus Cotten, Jr — 2820 Lafayette Ave 63104 — (314) 664-3644
Name of Process Server — Address or in the Alternative — Telephone

Name of Process Server — Address or in the Alternative — Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
CVS Health Solutions d/b/a CVS c/o CT Corporation Systems, Registered Agent
Name
120 S. Central
Address
Clayton, MO 63105
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By [signature]
Deputy Clerk

12/8/2021
Date

Antoine B. Sharp
Attorney/Plaintiff/Petitioner

Bar No.

3948 Michigan Ave St. Louis, MO 63118
Address

(314) 783-1283
Phone No. — Fax No.

Local Rule 28. SPECIAL PROCESS SERVERS

(1) Any judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party.

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" form which may be obtained from the Office of the Circuit Clerk.

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

IN THE
**CIRCUIT COURT**
OF SAINT LOUIS COUNTY, MISSOURI

SEAL OF THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Antoine B. Sharp
Plaintiff(s)

vs.

CVS
Defendant(s)

Date

21SL-CC05713
Case Number

6
Division

For File Stamp Only

FILED
DEC 08 2021
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## SERVICE INSTRUCTIONS

Defendant Name: CVS Health Solutions, LLC
Address: d/b/a CVS c/o CT Corporation
City, State, & ZIP: 120 S. Central, Clayton MO 63105

Defendant Name:
Address:
City, State, & ZIP:

Defendant Name:
Address:
City, State, & ZIP:

Antoine B. Sharp
Plaintiff(s)/Attorney Bar No.
3148 Michigan Ave
Address
St. Louis, MO 63118
(314) 703-1283
Phone Number

FILED

DEC 30 2021

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>JOHN N. BORBONUS III | **Case Number: 21SL-CC05713** | |
| Plaintiff/Petitioner:<br>ANTOINE B SHARP<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANTOINE B SHARP<br>3148 MICHIGAN AVENUE<br>SAINT LOUIS, MO 63118 | |
| Defendant/Respondent:<br>CVS HEALTH SOLUTIONS LLC<br>DBA: CVS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: CVS HEALTH SOLUTIONS LLC**
**Alias:**
**DBA: CVS**
**C/O R/A CT CORPORATION**
**120 S CENTRAL**
**CLAYTON, MO 63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**08-DEC-2021**
**Date**

**Clerk**

**Further Information:**
**CG**

**Sheriff's or Server's Return**

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________________ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________________ (name) ______________________ (title).

☐ other ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________________ (date) at ______________________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

Summons $__________________

Non Est $__________________

Sheriff's Deputy Salary

Supplemental Surcharge $ 10.00

Mileage $__________________ (______ miles @ $.______ per mile)

**Total** **$__________________**

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**<u>(4) Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**<u>(5) Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

**<u>Selecting an Alternative Dispute Resolution Procedure and a Neutral</u>**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann

**Hours: Mon-Fri 8:30 a.m. to 5:00 p.m. FREE PARKING**

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**

If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse. Clerks will be available on-site to help you fill out and file the necessary paperwork.

**For more information call: 314-615-8029**



**STLCO CIRCUIT CLERK'S OFFICE**
P.O. BOX 16994
Clayton, Missouri 63105
(314) 615-8032

**NOTICE OF RETURN ITEMS(S)**

Case ID: 21SL-CC05713

Dec 16, 2021

DEC 16 2021

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

TO: ANTOINE B SHARP,
3148 MICHIGAN AVENUE
SAINT LOUIS MO 63118

| Date | Dec 16, 2021 2:09:27 PM | Description | | Amount |
|---|---|---|---|---|
| | | COURT COST DUE | | $105.50 |
| | | BAD CHECK FEE | | $25.00 |
| | | | Total Amount Due | $130.50 |
| | | RETURN CHECK FEE | | |

Your check made payable to the St. Louis County Circuit Clerk in the amount of $105.50 has been returned to our office. The bank will not allow us to redeposit the check.

Would you please send the amount of the check, plus the fee for our service charge for returned checks, to our office at the above address.

If you have any questions, you can contact our office at the above telephone number.

Sincerely,

Circuit Clerk Accounting Department

Thank You

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

**ANTOINE B. SHARP,** )
)
Plaintiff, )
)
vs. ) Case No.: _____________
)
**CVS HEALTH SOLUTIONS, LLC,** )
)
Defendant. )
)

**DECLARATION OF BENJAMIN CARBAJAL IN SUPPORT OF DEFENDANT'S NOTICE REMOVAL**

Pursuant to 28 U.S.C. § 1746, Benjamin Carbajal declares as follows:

1. I am currently a Senior Advice and Counsel Manager for CVS Pharmacy, Inc. I am submitting this declaration in support of Defendant's Notice of Removal. I have personal knowledge of the facts set forth below, or knowledge based upon review of corporate records maintained in the regular course of the company's business. I am over the age of eighteen years old and am competent to testify to the facts set forth below.

2. In my capacity as a Senior Advice and Counsel Manager for CVS Pharmacy, Inc., my responsibilities include, in part, conducting investigations on behalf of the Human Resources Department for CVS Pharmacy, Inc. In order to gather information for my investigations, I have access to CVS Pharmacy, Inc.'s People Soft software program.

3. People Soft is a software program containing payroll information.

4. I used People Soft to review the hourly compensation of Plaintiff Antoine B. Sharp.

5. As of the date of Plaintiff's filing of his Amended Complaint on December 10, 2021, Plaintiff was earning $13.00 an hour during his employment with Missouri CVS Pharmacy, L.L.C.

Exhibit B

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January, 2022.

B J Carbajal
BENJAMIN CARBAJAL

Exhibit B

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Antoine B. Sharp

**(b)** County of Residence of First Listed Plaintiff: St. Louis County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

CVS Health Solutions, LLC

**DEFENDANTS**

CVS Health Solutions, LLC

County of Residence of First Listed Defendant: Providence County,
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Joseph M. Wientge. Jr.
Benjamin R. Marble
Little Mendelson, P.C.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S.C. 1332, 1441, 1446

Brief description of cause:
Plaintiff alleges race and color discrimination in violation of the Missouri Human Rights Act. The parties are citizens of different states and the amour

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $60,000 plus additional

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: 1/7/2022

SIGNATURE OF ATTORNEY OF RECORD: Joseph M. Wientge, Jr.

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Antoine B. Sharp ,
Plaintiff,

v.

CVS Health Solutions, LLC ,
Defendant,

Case No.

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER ________________ AND ASSIGNED TO THE HONORABLE JUDGE ________________________.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS ________________ AND THAT CASE WAS ASSIGNED TO THE HONORABLE ____________________. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 01/07/2022

Joseph M. Wientge, Jr.
Signature of Filing Party