RECEIVED
FEB -7 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

**ANTOINE B. SHARP,**

    Plaintiff,                  Case No. 4:22-cv-00029-CDP

**CVS HEALTH SOLUTIONS, LLC,**

    Defendant,

## Defendant's Motion To Compel Arbitration

Plaintiff Antoine B. Sharp would like to Motion the Court to Compel Arbitration for the things that did not pertain to him that were removed from Exhibit 1, in the effort to resolve the dispute through arbitration, rather than the previously forum.

**Wherefore**, Plaintiff prays this Court enter an Order to Compel Arbitration, for the things that did not pertain to him and further relief the Court deems fair and just.

Respectfully submitted,

By _____

Antoine. B. Sharp

3148 Michigan Ave

St. Louis, MO 63118

(314) 703-1283

Iamantoinesharp1st@gmail.com

*[Notary signature: Devona J. Rogers, 2/4/22]*

DEVONA L. ROGERS
Notary Public - Notary Seal
St. Louis City - State of Missouri
Commission Number 14947495
My Commission Expires Oct 22, 2022