UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22 CV 29 RWS |
| | ) | |
| CVS HEALTH SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Both parties requesting the Court to compel arbitration [9, 15], and having reviewed the motions and finding that the motions to compel should be granted for the reasons stated therein,

**IT IS HEREBY ORDERED** that the motions to compel arbitration [9, 15] are granted, and this action is dismissed without prejudice to the parties' right to submit their dispute to arbitration.

**IT IS FURTHER ORDERED** that all remaining pending motions [16] are denied as moot.

A separate Order of Dismissal is entered this same date.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2022.