UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTOINE SHARP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:22 CV 29 RWS |
| CVS HEALTH SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is dismissed without prejudice to the parties' right to submit their dispute to arbitration.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2022.